THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C20-1399-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CR&R INCORPORATED, a California corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the remaining parties' stipulation and proposed order of dismissal (Dkt. No. 17). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all remaining parties stipulate that the remaining claims in this case should be dismissed without prejudice and without an award of costs or attorney fees to either party. (Dkt No. 17 at 1.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. Pursuant to the stipulation, the Court ORDERS that this case is DISMISSED without prejudice and without costs or attorney fees to either party. The Clerk is directed to TERMINATE all remaining motions and CLOSE this case.

DATED this 2nd day of December 2021.

>Ravi Subramanian
>Clerk of Court
>
>s/Sandra Rawski
>Deputy Clerk